APPEAL No. 1519. *In re* APPLICATION OF CHARLES R. CAPACE. Redetermination of the Board of Bar Examiners on the application of Charles R. Capace for admission to the bar pursuant

to Supreme Court order of January 6, 1972, as amended by its order of February 16, 1972, having been made on April 7, 1972, the matter assigned to the May 1972 calendar for further oral argument on the merits. *Guy J. Wells,* for appellant. *James H. Barnett,* representing public's interest, *Arthur H. Feiner, Julius C. Michaelson,* representing Board of Bar Examiners.